The Honorable David G. Estudillo

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA, | NO. CR23-5085-DGE-22 |
|---|---|
| Plaintiff, | ORDER FOR PHOTOGRAPHING OF DEFENDANT |
| v. | |
| DANIEL HAMMOND, | |
| Defendant. | |

Based upon the government's Motion, and the representations made therein, the Government's Motion is GRANTED.

IT IS HEREBY ORDERED that the defendant, DANIEL HAMMOND, shall submit to photographing of his arms and torso by Special Agents of the Federal Bureau of Investigation, subject to the below.

IT IS FURTHER ORDERED that the Special Agents taking the photographs are authorized to use means reasonably necessary to obtain photos of the defendant's tattoos on his arms and torso, including by directing DANIEL HAMMOND to position his arms and torso in various positions for photographing, and by directing him to remove his shirt

//

//

Order for Photographing of Defendant - 1
*United States v. Daniel Hammond* / CR23-5085-DGE-22

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

if necessary. The photographing shall take place in an area that will provide the defendant with reasonable privacy, and only government agents may be present during the photographing except with the defendant's consent.

DATED this 3rd day of June 2025.

_____
The Honorable David G. Estudillo
United States District Judge

Presented by:

*s/ Max B. Shiner*
Max B. Shiner
Assistant United States Attorney

Order for Photographing of Defendant - 2
*United States v. Daniel Hammond* / CR23-5085-DGE-22

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800